Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MARY ANNE ELIAS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| MARY ANNE ELIAS,<br><br>         Plaintiffs,<br><br>   v.<br><br>LTD FINANCIAL SERVICES, L.P,<br><br>         Defendant. | **Case No.:** 5:14-cv-01083-DDP-MAN<br><br>**VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, MARY ANNE ELIAS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.


Dated: July 9, 2014                                             KROHN & MOSS, LTD.


                                                                            By:/s/ Ryan Lee, Esq.
                                                                            Ryan Lee, Esq.
                                                                            Attorney for Plaintiff

- 1 -

VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq

VOLUNTARY DISMISSAL